

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00025-CV

| | | |
|---|---|---|
| Watts Regulator Co. | § | From the 352nd District Court |
| v. | § | of Tarrant County (352-277555-15) |
| | § | June 30, 2016 |
| Texas Farmers Insurance Company as Subrogee of David Martinez | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant, Watts Regulator Co., shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
     Justice Bonnie Sudderth